## SOUTHWEST TELEPHONE COMPANY v. Glen FIRESTONE, Administrator of the Estate of Wauwiece Thornton, deceased.
No. 4455.

United States Court of Appeals
Tenth Circuit.

June 9, 1952.

Charles Vance, Liberal, Kan., for appellant.

Russell L. Hazzard, Dodge City, Kan., and Otto Smith, Clovis, N. Mex., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed June 9, 1952, on motion of the parties.

## H. C. JONES, Collector of Internal Revenue, v. W. P. SMITH.
No. 4290.

United States Court of Appeals
Tenth Circuit.

May 28, 1952.

Theron L. Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., and Robert E. Shelton, U. S. Atty., Oklahoma City, Okl., for appellant.

Ram Morrison, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and RITTER, District Judge.

PER CURIAM.

Reversed and remanded May 28, 1952, per stipulation, on authority of Jones, Collector of Internal Revenue, v. Smith, 10 Cir., 193 F.2d 381.

## UNITED STATES of America, Appellant, v. FUEL ECONOMY ENGINEERING COMPANY.
No. 14610.

United States Court of Appeals
Eighth Circuit.

June 23, 1952.

Philip Neville, U. S. Atty., Minneapolis, Minn., and Ronald E. Hachey, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Lynn Firestone and J. H. Levy, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on petition of appellant.